FILED: April 4, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-6311
(0:15-cv-00163-RMG)
_____

ANTHONY L. MANN

    Petitioner - Appellant

v.

WARDEN CECELIA REYNOLDS

    Respondent - Appellee

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc and the motion to exceed limitations. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Traxler, Judge King and Senior Judge Davis.

                For the Court

                /s/ Patricia S. Connor, Clerk